# EXHIBIT A

 

5 Days All Inclusive in our 5 Star Resort

# Just $149 per person

# 90% off

# 24 months to use

Your choice of Costa Rica, Dominican Republic or Cancun, Cabo San Lucas, Puerto Vallarta, or Isle of Loreto

Enjoy Unlimited Meals and Drinks, Free Scuba Lessons, Free Kayaks, Free Bicycles, Free Nightly Entertainment and Free Tennis and more

Bonus 5 Days in Orlando Florida

## Call 1-888-212-9408



MÉXICO   CANCÚN

LOS CABOS

To be removed from our distribution list, please call 1-888-997-4780