AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

RESORT CONFIRMATIONS, INC., d/b/a RCI-Promotions, a Florida corporation and DANIEL MARSHALL, an individual,

*Defendant(s)*

Civil Action No. 6:19-cv-02168-ORL-37LRH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Marshall
5036 Dr. Phillips Boulevard, Unit 161
Orlando, Florida 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan S. Shipp of Ryan S. Shipp, PLLC
814 Lantana Road, Suite 1
Lantana, Florida 33462
ryan@shipplawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov 18, 2019

*Bianca Acevedo*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

RESORT CONFIRMATIONS, INC., d/b/a RCI-Promotions, a Florida corporation and DANIEL MARSHALL, an individual,

*Defendant(s)*

Civil Action No. 6:19-cv-02168-ORL-37LRH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RCI-Promotions
c/o Registered Agent
5036 Dr. Phillips Boulevard, Unit 161
Orlando, Florida 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan S. Shipp of Ryan S. Shipp, PLLC
814 Lantana Road, Suite 1
Lantana, Florida 33462
ryan@shipplawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov 18, 2019

Bianca Acevedo

*Signature of Clerk or Deputy Clerk*