# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:19-CV-02168-ORL-37LRH

Plaintiff:
**Wendell H. Stone Company, Inc. dba Stone And Company, individually and on behalf of all other similarly situated**

vs.

Defendants:
**Resort Confirmations, Inc., dba RCI-Promotions, a Florida corporation, and Daniel Marshall, an individual**

For:
Woodrow & Peluso, LLC
3900 E. Mexico Avenue
Suite 300
Denver, CO 80210

Received by Front Range Legal Process Service, Inc. on the 22nd day of November, 2019 at 5:17 pm to be served on **Resort Confirmations, Inc. C/O Joseph Chimenti, Home address, 9400 Lime Bay Blvd #109, Tamarac, FL 33321.**

I, Jacque Garcia, do hereby affirm that on the **25th day of November, 2019** at **3:25 pm,** I:

served a **CORPORATION** by delivering a true copy of the **Summons; Class Action Complaint; Civil Cover Sheet; Exhibits** with the date and hour of service endorsed thereon by me, to: **Michael Chimenti as Co-Resident (Father) Of Joseph Chimenti/R A** for **Resort Confirmations, Inc.**, at the address of: **Home Address, 9400 Lime Bay Blvd #109, Tamarac, FL 33321**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Jacque Garcia  #1449
Process Server

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2019008363

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c