## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:19-CV-02168-ORL-37LRH

Plaintiff:
**Wendell H. Stone Company, Inc. dba Stone And Company, individually and on behalf of all other similarly situated**

vs.

Defendants:
**Resort Confirmations, Inc., dba RCI-Promotions, a Florida corporation, and Daniel Marshall, an individual**

FRS2019008365

For:
Woodrow & Peluso, LLC
3900 E. Mexico Avenue
Suite 300
Denver, CO 80210

Received by Front Range Legal Process Service on the 25th day of November, 2019 at 9:36 am to be served on **Daniel Marshall, 5036 Dr. Phillips Blvd, #161, Orlando, FL 32819**.

I, Marbel Hernandez, being duly sworn, depose and say that on the **26th day of November, 2019** at **11:23 am, I:**

**SUBSTITUTE - PRIVATE MAILBOX:** Served by delivering a true copy of the **Summons; Class Action Complaint; Civil Cover Sheet; Exhibits** to: **Yagmesh Patel** as **Manager of Grand Oaks Mail Center**, a person in charge at the recipient's private mailbox at the address of: **5036 Dr. Phillips Blvd, #161, Orlando, FL 32819**; the only address discoverable through public records and after determining that the person or business to be served maintains a private mailbox at this location. F.S. 48.031 (6)(a).

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: East Indian, Height: 5'8", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server or Certified Process Server, in good standing, in the judicial circuit in which the process was served.

STATE OF FLORIDA
COUNTY OF ORANGE

Subscribed and Sworn to before me on the 27th day of November, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

BONNIE S. MOORE
MY COMMISSION # FF 943430
EXPIRES: December 19, 2019
Bonded Thru Budget Notary Services

Marbel Hernandez
CPS #368

**Front Range Legal Process Service**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: FRS-2019008365

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e