UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WENDELL H. STONE COMPANY,
INC.,

      Plaintiff,

v.                                           Case No:   6:19-cv-2168-Orl-37LRH

RESORT CONFIRMATIONS, INC.; and
DANIEL MARSHALL,

      Defendants.

## **ORDER**

This matter is before the Court on a status review. On November 19, 2019 this Court entered a Related Case Order and Notice of Designation (Doc. 5). This Order states that the parties shall conduct a case management conference no later than 45 days after service or appearance of any defendant and file the Case Management Report within seven (7) days of the meeting regardless of the pendency of any undecided motion. To date, the parties have failed to file a joint Case Management Report as required. Accordingly, it is

**ORDERED** that the parties are directed to file a joint Case Management Report no later than February 13, 2020.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 30, 2020.



ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record