# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WENDELL H. STONE COMPANY INC.,**

      **Plaintiff,**

**v.**                                                                         **Case No:   6:19-cv-2168-Orl-37LRH**

**RESORT CONFIRMATIONS, INC. and**
**DANIEL MARSHALL,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST RESORT CONFIRMATIONS, INC. (Doc. 13)**
>
> **FILED:**      **February 12, 2020**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

> **MOTION:**    **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DANIEL MARSHALL (Doc. 14)**
>
> **FILED:**      **February 12, 2020**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

The Plaintiff moves for the entry of clerk's default against the Defendants. (Docs. 13; 14 (collectively, the "Motions"). The Motions, however, do not contain a memorandum of law as required by Local Rule 3.01(a) showing, with citation to evidence and authority, that the Defendants

were properly served. (*See* Docs. 13; 14). This is particularly problematic since it is not clear from the affidavits of service whether either Defendant was properly served. (*See* Docs. 10; 11). The Court will therefore deny the Motions without prejudice. If the Plaintiff files renewed motions for entry of clerk's default, the motions must cite to evidence and authority showing that the Defendants were properly served.

Accordingly, it is **ORDERED** that:

1. The Motions (Docs. 13; 14) are **DENIED WITHOUT PREJUDICE.**

2. If the Plaintiff files renewed motions for entry of clerk's default, the motions must cite to evidence and authority showing that the Defendants were properly served.

**DONE** and **ORDERED** in Orlando, Florida on February 12, 2020.

_____

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties