# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

RESORT CONFIRMATIONS, INC., d/b/a RCI-Promotions, a Florida corporation, and DANIEL MARSHALL, an individual,

    Defendants.

Case No. 6:19-cv-02168-RBD-LRH

**PLAINTIFF'S STATUS REPORT AND REQUEST TO VACATE THE DEADLINE TO FILE JOINT CASE MANAGEMENT REPORT & MEMORANDUM IN SUPPORT**

Plaintiff Wendell H. Stone Company, Inc. ("Plaintiff" or "Stone") respectfully provides the following status report and requests that the Court vacate the pending deadline for the Parties to file a Joint Case Management Report. In support of this request, Plaintiff states as follows:

1. Plaintiff filed its Class Action Complaint on November 14, 2019 (Dkt. 1).

2. On November 25, 2019, Plaintiff served Defendant Resort Confirmations, Inc. ("RCI-Promotions"). (*See* Dkt. 10.) As a result, RCI-Promotions' deadline to answer or otherwise respond was December 16, 2019.

3. On November 26, 2019, Plaintiff served Defendant Daniel Marshall ("Marshall"). (*See* Dkt. 11.) Consequently, Marshall's deadline to answer or otherwise respond was December 17, 2019.

4. On January 30, 2020, the Court issued an Order directing the Parties to meet-and-confer and file a Joint Case Management Report by February 13, 2020. (Dkt. 12.)

5. To date, neither RCI-Promotions nor Marshall has entered an appearance, responded to the Complaint, or reached out to Plaintiff's counsel.

6. Given that neither defendant has appeared, Plaintiff is unable to meet-and-confer with defense counsel and prepare a Joint Case Management Report. Instead, Plaintiff intends to seek default judgments against both defendants.

7. Plaintiff filed Requests for Clerk's Entry of Default Against RCI-Promotions and Marshall for their failure to appear and respond. (*See* Dkts. 16, 17.)

8. Consequently, Plaintiff respectfully requests that the Court vacate the deadline to file a Joint Case Management Report at this time.

Based on the foregoing facts, Plaintiff respectfully requests that the Court vacate the pending deadline to file the Parties' Joint Case Management Report and for such additional relief as the Court deems necessary and just.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 17, 2020 | WENDELL H. STONE COMPANY, INC., individually and on behalf of all others similarly situated, |
|  | By:   /s/*Ryan S. Shipp*<br>One of Plaintiff's Attorneys |
|  | Ryan S. Shipp<br>Florida Bar ID 52883<br>ryan@shipplawoffice.com<br>Law Office of Ryan S. Shipp, PLLC<br>814 Lantana Road, Suite 1<br>Lake Worth, Florida 33462<br>Tel: (561) 699-0399 |
|  | *Counsel for Plaintiff and the Putative Class* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 17, 2020.

/s/*Ryan S. Shipp*