## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**WENDELL H. STONE COMPANY INC.,**

      **Plaintiff,**

**v.**                                     Case No:  6:19-cv-2168-Orl-37LRH

**RESORT CONFIRMATIONS, INC.
and DANIEL MARSHALL,**

      **Defendants.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **RESORT CONFIRMATIONS, INC.** in Orlando, Florida on the 18th day of February, 2020.

                                                   ELIZABETH M. WARREN, CLERK

                                                         s/knc, Deputy Clerk

Copies furnished to:

Counsel of Record